UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **CHRISTOPHER J. SHROVE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 06-2100 |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY, suing Jo Anne B. Barnhart,** | ) |
| | ) |
| **Defendant.** | ) |

# REPORT AND RECOMMENDATION

In December 2005, Administrative Law Judge Richard Boyle (hereinafter "ALJ") denied social security benefits to Plaintiff Christopher Shrove. The ALJ based his decision on a finding that Plaintiff was able to perform his past relevant work as a janitor.

In May 2006, Plaintiff filed a complaint against Defendant Jo Anne Barnhart,[1] the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny his application for social security benefits. In October 2006, Plaintiff filed a Motion for Summary Judgment (#7), and in November 2006, Defendant filed a Motion for an Order which Affirms the Commissioner's Decision (#9). After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#7) be granted. Consistent with that recommendation, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for An Order Which Affirms the Commissioner's Decision **(#9)** be **DENIED.**

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten (10) working days after being served with a copy of this Report

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, we have substituted Michael Astrue for Jo Anne Barnhart as the defendant in this suit. FED. R. CIV. P. 25(d)(1).

and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objection on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

    ENTER this 17th day of April, 2007.

                                              s/ DAVID G. BERNTHAL
                                              U.S. MAGISTRATE JUDGE