IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER J. SHROVE , | ) | |
| | ) | 06-2100 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER APPROVING MAGISTRATE RECOMMENDATION

The Magistrate Judge issued two reports and recommendations in the above cause on April 17, 2007. More than ten working days have elapsed since service of a copy of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendations of the Magistrate Judge are, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The plaintiff's motion for summary judgment [#7] is granted. The defendant's motion for an order which affirms the Commissioner's decision [#9] is denied. This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further consideration consistent with the recommendation of the Magistrate Judge. Remand pursuant to 42 U.S.C. § 405(g), sentence four, terminates the case. *Shalala v. Schaefer*, 509 U.S. 292, 299 (1993).

ENTERED this 7th day of May, 2007.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE